Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−21637−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donald Michael Slonaker
   58 Farragut Avenue
   Seaside Park, NJ 08752

Social Security No.:
   xxx−xx−5201

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          8/7/19
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 27, 2019
JAN: pbf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court