Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–21637–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Donald Michael Slonaker
    58 Farragut Avenue
    Seaside Park, NJ 08752
Social Security No.:
    xxx–xx–5201
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/7/19
Time:            10:00 AM
Location:              Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 27, 2019
JAN: pbf

                        Jeanne Naughton
                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-21637-CMG
Donald Michael Slonaker                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2        Date Rcvd: Jun 27, 2019
                           Form ID: 132          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db              +Donald Michael Slonaker,    58 Farragut Avenue,    Seaside Park, NJ 08752-1224
518295252       +Borough of Seaside Park,    Water/Sewer Dept.,    1701 North Ocean Ave.,
                 Seaside Park, NJ 08752-1232
518295253       +E Allen Mac Duffie Jr, Esq.,    1605 Grand Central Ave.,    PO Box 366,
                 Lavallette, NJ 08735-0366
518295255       +JCP&L,   P. O. Box 367,   Holmdel, NJ 07733-0367
518295256       +Mattleman, Weinroth & Miller, PC,    401 Route 70 East, Ste 100,    Cherry Hill, NJ 08034-2410
518295257       +N or D Remick, Trustee,    PO Box 39,    Barnegat, NJ 08005-0039
518295258       +New Jersey Natural Gas,    1415 Wyckoff Road,    P.O. Box 1378,    Wall, NJ 07719-1378
518295259       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,   Trenton, NJ 08695-0245)
518295260        US Bank Cust for CCTS Capital,    2 Liberty Place, Suite 1950,    59 South 16th St.,
                 Philadelphia, PA 19102
518295261       +Vasyl or Maria Kavatsiuk,    449 Mountain AVe.,    Berkeley Heights, NJ 07922-2641
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2019 00:44:22     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2019 00:44:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518295249       +E-mail/Text: dkretschmer@bchaselaw.com Jun 28 2019 00:44:17     Bart A. Chase, Esq.,
                 P. O. Box 871,    450 Springfield Ave.,    Summit, NJ 07901-2611
518295250       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 28 2019 00:44:43
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518295251       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 28 2019 00:44:43
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
518295254        E-mail/Text: cio.bncmail@irs.gov Jun 28 2019 00:43:48     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                  TOTAL: 6


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518295248       ##+ACB Receivable Management, Inc.,    PO Box 350,    19 Main St.,    Asbury Park, NJ 07712-7012
                                                                      TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
        Albert Russo     docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
        Liability Company.    dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Jun 27, 2019
                             Form ID: 132             Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William H. Oliver, Jr.   on behalf of Debtor Donald Michael Slonaker bkwoliver@aol.com,
              R59915@notify.bestcase.com
                                                                          TOTAL: 4