UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**WILLIAM H. OLIVER, JR., ESQ.**
Attorney at Law
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500

**Order Filed on July 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DONALD MICHAEL SLONAKER

Case No.: 19-21637

Adv. No.:

Hearing Date:

Judge: Christine M. Gravelle

## ORDER TO CONTINUE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:   DONALD MICHAEL SLONAKER
Case No.: 19-21637(CMG)
Caption of Order:  ORDER TO CONTINUE AUTOMATIC STAY
Page 2

Upon the Debtors' motion to continue the automatic stay in case filed after prior dismissal within a year of filing, and for good cause shown and no objections raised,

**IT IS** hereby **ORDERED** as follows:

1. The automatic stay under §362(a) is hereby continued as to all creditors served with the notice of motion until further Order of the Court.
2. A copy of this Order shall be served on all interested parties within __5__ days of the entry of this Order.