| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Bayview Loan Servicing, LLC, a Delaware Limited Liability Company | Order Filed on August 15, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Donald Michael Slonaker,<br><br>Debtor. | Case No.: 19-21637 CMG<br>Adv. No.:<br>Hearing Date: 8/7/19 @ 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: August 15, 2019**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Page 2
Debtors:     Donald Michael Slonaker
Case No.:    19-21637 CMG
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, holder of a mortgage on real property located at 58 - 60 Farragut Avenue, Seaside Park, NJ, 08752, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and William H. Oliver Jr., Esquire, attorney for Debtor, Donald Michael Slonaker, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor make post-petition payments outside of the plan in accordance with the terms of the note, mortgage, and payment change notices; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall sell the property by December 1, 2019; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** the trustee may pay the arrears claim of secured creditor; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to any pre-or post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the sale is not successful, Debtor shall amend the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.