Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21637−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donald Michael Slonaker
   58 Farragut Avenue
   Seaside Park, NJ 08752

Social Security No.:
   xxx−xx−5201

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 9, 2019.

On June 29, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           August 5, 2020
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 29, 2020
JAN: pbf

                                        Jeanne Naughton
                                        Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 19-21637-CMG
Donald Michael Slonaker                                             Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Jun 29, 2020
                              Form ID: 185               Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db             +Donald Michael Slonaker,    58 Farragut Avenue,    Seaside Park, NJ 08752-1224
r              +Ruggeri Realty, LLC,    Attn: Vivian Ruggeri,    1801 Boulevard,    Seaside Park, NJ 08752-1210
518295252      +Borough of Seaside Park,    Water/Sewer Dept.,    1701 North Ocean Ave.,
                 Seaside Park, NJ 08752-1232
518295253      +E Allen Mac Duffie Jr, Esq.,    1605 Grand Central Ave.,    PO Box 366,
                 Lavallette, NJ 08735-0366
518392169      +JCP&L,   101 Crawford's Corner Rd.,    Bldg. #1, Ste. 1-511,    Holmdel, NJ 07733-1976
518295255      +JCP&L,   P. O. Box 367,   Holmdel, NJ 07733-0367
518295256      +Mattleman, Weinroth & Miller, PC,    401 Route 70 East, Ste 100,    Cherry Hill, NJ 08034-2410
518295257      +N or D Remick, Trustee,    PO Box 39,    Barnegat, NJ 08005-0039
518295258      +New Jersey Natural Gas,    1415 Wyckoff Road,    P.O. Box 1378,    Wall, NJ 07719-1378
518295259      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,   Trenton, NJ 08695-0245)
518295260       US Bank Cust for CCTS Capital,    2 Liberty Place, Suite 1950,    59 South 16th St.,
                 Philadelphia, PA 19102
518295261      +Vasyl or Maria Kavatsiuk,    449 Mountain AVe.,    Berkeley Heights, NJ 07922-2641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 30 2020 01:14:55      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 30 2020 01:14:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518295249      +E-mail/Text: dkretschmer@bchaselaw.com Jun 30 2020 01:14:50      Bart A. Chase, Esq.,
                 P. O. Box 871,    450 Springfield Ave.,    Summit, NJ 07901-2611
518295250      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 30 2020 01:15:19
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
518295251      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 30 2020 01:15:19
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
518408330      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 30 2020 01:15:19
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
518295254       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 30 2020 01:14:21      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                                TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518295248      ##+ACB Receivable Management, Inc.,    PO Box 350,   19 Main St.,    Asbury Park, NJ 07712-7012
                                                                                       TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin                Page 2 of 2                Date Rcvd: Jun 29, 2020
                                Form ID: 185               Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company. dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Donald Michael Slonaker courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                        TOTAL: 5
```