| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br><br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> OLIVER & LEGG, LLC <br> 2240 Highway 33, Suite 112, PO Box 667 <br> Neptune, NJ 07753 <br> bkwoliver@aol.com <br> 732-988-1500/FAX 732-775-7404 <br><br> In re: <br><br> DONALD MICHAEL SLONAKER, <br><br>                     Debtor | Order Filed on July 7, 2021 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Case No. 19-21637 <br><br> Chapter: 13 <br><br> Hearing Date: 7/7/21 @12:00 pm <br><br> Judge: Christine M. Gravelle |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through __2__ is hereby **ORDERED.**

**DATED: July 7, 2021**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _1,295.00_____ for services rendered and expenses in the amount of  $___n/a____ for a total of $___1,295.00_____.  The allowance shall be payable:

_____ through the Chapter 13 plan as an administrative priority.

_XX_ outside the plan.  The Trustee has funds on hand and the fees of $1,295.00 shall be paid directly by the Trustee.  Any balance of funds held by the Trustee shall be refunded directly to the Debtor.