UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

OLIVER & LEGG, LLC
2240 Highway 33, Suite 112, PO Box 667
Neptune, NJ 07753
bkwoliver@aol.com
732-988-1500/FAX 732-775-7404

In re:

DONALD MICHAEL SLONAKER,

                Debtor

**Order Filed on July 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 19-21637

Chapter:  13

Hearing Date:  7/7/21 @12:00 pm

Judge:  Christine M. Gravelle

## <u>ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES</u>

      The relief set forth on the following pages, number two (2) through __2__ is

hereby **ORDERED.**

**DATED: July 7, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic

Chapter 13 services has been rendered, and no objections having been raised, it

is:

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is

allowed a fee of $_1,295.00_____ for services rendered and expenses in the amount

of  $___n/a____ for a total of $__1,295.00_____.  The allowance shall be payable:

_____   through the Chapter 13 plan as an administrative priority.

_XX_  outside the plan.  The Trustee has funds on hand and the fees of

$1,295.00 shall be paid directly by the Trustee.  Any balance of funds held by the Trustee

shall be refunded directly to the Debtor.

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 19-21637-CMG

Donald Michael Slonaker                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Donald Michael Slonaker, 58 Farragut Avenue, Seaside Park, NJ 08752-1224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021                   Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Donald Michael Slonaker courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

District/off: 0312-3                          User: admin                          Page 2 of 2
Date Rcvd: Jul 07, 2021                       Form ID: pdf903                       Total Noticed: 1
TOTAL: 6